Michael Barbee, Pro Hac Vice
Texas Bar No. 24082656

Ashley Menage, Pro Hac Vice
Texas Bar No. 24089359

**GRIFFITH BARBEE PLLC**
1722 Routh Street, #910
Dallas, TX 75201
Tel: (214) 446-6020
*Michael.Barbee@griffithbarbee.com*
*Ashley.Menage@griffithbarbee.com*

Brian J. Foster, #012143
Ross P. Meyer, #28473

**FOSTER LAW GROUP**
4402 N. 36th Street, #127
Phoenix, AZ 85018
Tel: (602) 509-7345
*brian@fosterlawgrp.com*

*Attorneys for Plaintiff EPA USA Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| EPA USA Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>Kamil Knap,<br><br>        Defendant. | No. 2:24-cv-00749-GMS<br><br>**Plaintiff's Unopposed Motion to Seal Doc. 26-2** |

1      Pursuant to Civil Local Rule 5.6 Plaintiff EPA USA Incorporated moves to

2  seal the "Convertible Debt Agreement" (Doc. 26-2) filed by Defendant. There

1 | are compelling reasons to seal the Convertible Debt Agreement ("CDA"), which contains EPA USA Incorporated's proprietary information that is not available to the general public including bank accounts and SWIFT codes for three different companies. (Doc. 26-2 §2-5).

The CDA contains a Confidentiality provision prohibiting disclosure of the information contained within the CDA without prior consent by the other party. (Doc. 26-2 §12-2). Accordingly, EPA USA Incorporated respectfully requests that the Court grant its Motion to Seal.

Counsel for Defendant confirmed via email on May 22, 2024 that he does not oppose this Motion. A proposed order is submitted herewith.

Dated: May 22, 2024

**GRIFFITH BARBEE PLLC**
By: /s/ *Ashley Menage*
Michael Barbee, Pro Hac Vice
Texas Bar No. 24082656

Ashley Menage, Pro Hac Vice
Texas Bar No. 24089359

1722 Routh Street, #910
Dallas, TX 75201
Tel: (214) 446-6020
*Michael.Barbee@griffithbarbee.com*
*Ashley.Menage@griffithbarbee.com*

Brian J. Foster, #012143
Ross P. Meyer, #28473

**FOSTER LAW GROUP**
4402 N. 36th Street, #127
Phoenix, AZ 85018
Tel: (602) 509-7345
*brian@fosterlawgrp.com*
*Attorneys for Plaintiff EPA USA Inc.*