

September 13, 2021

To Whom It May Concern:

This letter confirms that EPA USA Inc. holds a business savings account in good standing at Evolve Bank & Trust through Mercury. A signatory on the account is Kamil Knap. The account details are as follows:

| | |
|---|---|
| Routing Number | 084106768 |
| Account Number | 9880713564 |
| Bank Address | 6070 Poplar Avenue, Suite 200 Memphis, TN 38119 |
| Company Address | 112 North Central Avenue, 600D, Phoenix, AZ 85004 |

Sincerely,

EXHIBIT 2

 

## BANK INFORMATION (SINCE AUG 2021)

_____

| | |
|---|---|
| **Company name:** | EPA USA Inc. |
| entity number: | C4295392 |
| tax number: | 36-4944564 |
| registered office: | 112 NORTH CENTRAL AVENUE SUITE 600B-600D 600D PHOENIX, AZ, 85004 US |
| **BANK:** | SILLICON VALLEY BANK 3003 TASMAN DRIVE, SANTA CLARA, CALIFORNIA (CA) 95054 UNITED STATES OF AMERICA |
| **ACCOUNT:** | USD: 3303448383 |
| **SWIFT:** | SVBKUS6S |
| **TO TRACK:** | MT103 |

**CORRESPONDENT BANK (by currency)**



| | Nostro Agent / | | |
|---|---|---|---|

