Michael Barbee, Pro Hac Vice
Texas Bar No. 24082656

Ashley Menage, Pro Hac Vice
Texas Bar No. 24089359

**GRIFFITH BARBEE PLLC**

1722 Routh Street, #910
Dallas, TX 75201
Tel: (214) 446-6020
*Michael.Barbee@griffithbarbee.com*
*Ashley.Menage@griffithbarbee.com*

Brian J. Foster, #012143
Ross P. Meyer, #28473

**FOSTER LAW GROUP**

4402 N. 36th Street, #127
Phoenix, AZ 85018
Tel: (602) 509-7345
*brian@fosterlawgrp.com*

*Attorneys for Plaintiff EPA USA Inc.*

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| EPA USA Incorporated,<br><br>　　　　　Plaintiff,<br><br>　v.<br><br>Kamil Knap,<br><br>　　　　　Defendant. | No. 2:24-cv-00749-GMS<br><br>**Notice of Service of<br>Rule 26(a) Initial Disclosures** |

1　　　PLEASE TAKE NOTICE that on July 5, 2024, a copy of the Rule 26(a) In-

2　itial Disclosures of Plaintiff EPA USA, Incorporated was served via email on the

3　following:

NOTICE OF SERVICE OF RULE 26(A) DISCLOSURES　　　　　　　　　　　　　1

| | |
|---|---|
| 1 James Olsen | |
| 2 James Olsen Law | |
| 3 james@jamesolsenlaw.com | |
| 4 *Counsel for Defendant* | |

| | |
|---|---|
| Dated: July 5, 2024 | **GRIFFITH BARBEE PLLC** |
| | By: */s/ Ashley Menage* |
| | Michael Barbee, Pro Hac Vice |
| | Texas Bar No. 24082656 |
| | Ashley Menage, Pro Hac Vice |
| | Texas Bar No. 24089359 |
| | 1722 Routh Street, #910 |
| | Dallas, TX 75201 |
| | Tel: (214) 446-6020 |
| | *Michael.Barbee@griffithbarbee.com* |
| | *Ashley.Menage@griffithbarbee.com* |
| | |
| | Brian J. Foster, #012143 |
| | Ross P. Meyer, #28473 |
| | **FOSTER LAW GROUP** |
| | 4402 N. 36th Street, #127 |
| | Phoenix, AZ 85018 |
| | Tel: (602) 509-7345 |
| | *brian@fosterlawgrp.com* |
| | |
| | *Attorneys for Plaintiff EPA USA Inc.* |