Michael Barbee, Pro Hac Vice
Texas Bar No. 24082656
Ashley Menage, Pro Hac Vice
Texas Bar No. 24089359
**GRIFFITH BARBEE PLLC**
1722 Routh Street, #910
Dallas, TX 75201
Tel: (214) 446-6020
E-mail: *Michael.Barbee@griffithbarbee.com*
E-mail: *Ashley.Menage@griffithbarbee.com*

Brian J. Foster, #012143
Ross P. Meyer, #28473
**FOSTER LAW GROUP**
4402 N. 36th Street, #127
Phoenix, AZ 85018
Tel: (602) 509-7345
E-mail: *brian@fosterlawgrp.com*
*Attorneys for Plaintiff EPA USA Inc.*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EPA USA Incorporated,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>Kamil Knap,<br><br>　　　　Defendant. | No. CV-24-00749-PHX-GMS<br><br>**Stipulation for Extension of Time RE: Expert Deadlines (Second Request) and All Remaining Deadlines (First Request)** |

Pursuant to Federal Rule of Civil Procedure Rule 16(b) and Local Rule 7.3, Plaintiff EPA USA, Inc., and Defendant Kamil Knap, by and through their undersigned counsel, stipulate and agree to a 90-day extension of all remaining deadlines as follows:

"Herein begins the Stipulation:

1. Full and complete expert disclosures, including plaintiff, defendant, and rebuttal, currently due on **January 10, 2025** (Doc. 68), shall be extended to **April 10, 2025**.
2. The deadline for completing fact discovery, including discovery by subpoena, currently due on **January 31, 2025** (Doc. 53), shall be extended to **May 1, 2025**.
3. Expert depositions, currently due on **February 7, 2025** (Doc. 68), shall be extended to **May 8, 2025**.
4. Dispositive motions, currently due on **February 14, 2025** (Doc. 53), shall be extended to May 15, 2025.
5. The Deadline for Engaging in Good Faith Settlement Talks, currently due on **February 7, 2025** (Doc. 53), shall be extended to **May 8, 2025.**
6. This stipulation for an extension of time is Plaintiff's second request but is Defendant's first request.
7. Plaintiff's first request for an extension of expert-related deadlines was made by Plaintiff's counsel due to the expectation that litigation in Singapore would likely conclude by the end of 2024 (Doc. 66).
8. The litigation in Singapore has not concluded.

9. There is good cause for this second request for an extension of all currently remaining deadlines due to the pendency and hopeful resolution of the Singapore litigation.

10. There is additional good cause for this second request for an extension of all currently remaining deadlines due to the unusually voluminous amounts of data that was appropriately produced by Defendant.

11. The Parties have exchanged written discovery, including interrogatories, a request for production and a request for admissions.

Herein ends the Stipulation."

**1.    GOOD CAUSE FOR MODIFICATION EXISTS**

Rule 16(b)(4) permits the modification of a schedule for good cause and with the judge's consent. "Rule 16(b)'s 'good cause' standard primarily considers the diligence of the party seeking the amendment."[1] Further, this Court may modify the pretrial schedule "if it cannot reasonably be met despite the diligence of the party seeking the extension."[2]

The Parties have diligently conducted discovery, exchanging written discovery and document productions.

Plaintiff timely retained and began working with experts. After recently analyzing just parts of the 226.12 GBs of data produced by Defendant, Helga Zauner (a Partner with Weaver and Tidwell, LLP, Plaintiff's retained experts) requested an additional ninety (90) days for evaluation and reporting.

---

[1] *Johnson v. Mammoth Recreations, Inc.*, 975 F.2d 604, 609 (9th Cir. 1992).
[2] *Id.*

For context, when prompted, Claude.ai described 226.12 GBs of data, in part, as follows: "If you were to print out all that data on standard paper and stack it up, it would make a tower about 7 miles high - that's like stacking 35 Empire State Buildings on top of each other. . ."[3]

ChatGPT described 226.12 GB, in part, like this: "Books: A typical printed book is about 1 MB (megabyte) in digital size when converted to text. Since there are 1,024 MB in a GB, 226.12 GB could store roughly 226,120 books. That's like a large library. . ."[4]

Attorneys for the Parties intend to schedule remote party depositions in early January 2025 to occur in April 2025.

The Parties will separately lodge a proposed form of order consistent with the relief requested, complying with Rule 7.1(b)(3) of the Local Rules of Civil Procedure.

WHEREFORE, for all the reasons stated above, Plaintiff EPA and Defendant Kamil Knap respectfully request that this Court enter the Proposed Order re: Stipulated Extension of All Remaining Deadlines.

---

[3] Ex. 1.
[4] Ex. 2.

| | | |
|---|---|---|
| 1 | **DATED** December 30, 2024. | **GRIFFITH BARBEE PLLC** |
| 2 | | |
| 3 | | |
| 4 | | By: /s/ *Ashley Menage* |
| 5 | | Michael Barbee, Pro Hac Vice |
| 6 | | Texas Bar No. 24082656 |
| 7 | | Ashley Menage, Pro Hac Vice |
| 8 | | Texas Bar No. 24089359 |
| 9 | | 1722 Routh Street, #910 |
| 10 | | Dallas, TX 75201 |
| 11 | | Tel: (214) 446-6020 |
| 12 | | *Michael.Barbee@griffithbarbee.com* |
| 13 | | *Ashley.Menage@griffithbarbee.com* |
| 14 | | Brian J. Foster, #012143 |
| 15 | | Ross P. Meyer, #28473 |
| 16 | | **FOSTER LAW GROUP** |
| 17 | | 4402 N. 36th Street, #127 |
| 18 | | Phoenix, AZ 85018 |
| 19 | | Tel: (602) 509-7345 |
| 20 | | *brian@fosterlawgrp.com* |
| 21 | | *Attorneys for Plaintiff EPA USA Inc.* |
| 22 | | **JAMES OLSEN LAW** |
| 23 | | |
| 24 | | By: /s/ James Olsen |
| 25 | | James Olsen |
| 26 | | #38440 Arizona District |
| 27 | | 2205 W 136th Avenue |
| 28 | | Ste 106 PMB 2863 |
| 29 | | Broomfield, CO 80023 |
| 30 | | Tel: (720) 736-7604 |
| 31 | | *james@jamesolsenlaw.com* |
| 32 | | *Attorney for Defendant Kamil Knap* |

5