# Exhibit 1 Claude.ai

💬 Comparing 226 GB of Data to Physical Storage ⌄

AM  Please answer in a way that is easy to understand. Please make comparisons to non-electronic data storage. How much data is 226.12 GBs?

Let me explain 226.12 GB (gigabytes) using everyday comparisons:

If we printed out 226.12 GB worth of basic text documents on standard paper, it would be roughly equivalent to:

- A stack of paper about 7.5 miles (12 kilometers) high
- About 75 million pages of text
- Enough paper to fill 150-200 large filing cabinets

Think of it another way:

226.12 GB could hold either:

- About 45,000 high-quality photos (like those from a modern smartphone)
- Around 56,500 songs in MP3 format (about 4 months of continuous music)
- About 45-50 HD movies

Or to use a library comparison:

226.12 GB is roughly equivalent to the text content of 113,000 average-length books (assuming each book is about 2 MB of plain text).

This would be enough text to fill a small local library branch, but stored in a space smaller than your palm.

Copy  ↺ Retry

Claude can make mistakes. Please double-check responses.

Reply to Claude...

Claude 3.5 Sonnet ⌄   ✍ Choose style ⌄