# Exhibit 2
# ChatGPT

 **ChatGPT 4o** ⌄

Please answer in a way that is easy to understand. Please make comparisons to non-electronic data storage. How much data is 226.12 GBs?

226.12 GB (gigabytes) is a large amount of digital data. To help you understand, let's compare it to physical forms of information:

1. **Books**: A typical printed book is about 1 MB (megabyte) in digital size when converted to text. Since there are 1,024 MB in a GB, 226.12 GB could store roughly **226,120 books**. That's like a large library.

2. **Photographs**: A high-resolution photo might be around 5 MB. At 226.12 GB, you could store about **45,224 photos**, enough to fill a huge photo album collection.

3. **Music CDs**: A standard music CD holds about 700 MB of data. With 226.12 GB, you could store the equivalent of about **323 music CDs**, which is a vast collection of songs.

4. **Movie DVDs**: A single DVD movie is typically around 4.7 GB. With 226.12 GB, you could store approximately **48 full-length movies**.

5. **Paper Storage**: If a single sheet of paper holds about 4 KB of text, 226.12 GB would be equivalent to about **59 million pages of printed paper**. Imagine stacks and stacks of paper—far more than most offices could store!

In short, 226.12 GB is a significant amount of storage, whether you're thinking in terms of books, photos, music, or movies. It's like compressing an entire library, photo gallery, or media collection into a tiny digital device!

◁» ⊡ 👍 👎 ↻⌄



Message ChatGPT

  

ChatGPT can make mistakes. Check important info.

?