# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| EPA USA Incorporated,<br><br>        Plaintiff,<br><br>v.<br><br>Kamil Knap,<br><br>        Defendant. | No. CV-24-00749-PHX-GMS<br><br>**ORDER** |

Before the Court is the parties' Stipulation for Extension of Time re: Expert Deadlines and All Remaining Deadlines (Doc. 69).

**IT IS ORDERED** granting the parties' Stipulation for Extension of Time re: Expert Deadlines and All Remaining Deadlines (Doc. 69).

**IT IS FURTHER ORDERED** modifying the Court's July 11, 2024 Case Management Order (Doc. 53) as modified by the Court's November 21, 2024 Order (Doc. 68) as follows:

    1.    <u>Deadline for Completion of Fact Discovery</u>.   The deadline for completing fact discovery, including discovery by subpoena shall be **May 2, 2025**

    2.    <u>Deadline for Filing Dispositive Motions</u>.

        a.    Dispositive motions shall be filed no later than **May 16, 2025**. Such motions must comply in all respects with the Federal Rules of Civil Procedure and the Local Rules.

3. <u>Deadline for Engaging in Good Faith Settlement Talks</u>. All parties and their counsel shall meet in person and engage in good faith settlement talks no later than **May 9, 2025.**

4. <u>Deadlines for Disclosure of Experts and Completion of Expert Discovery</u>:

a. The Plaintiff(s) shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **April 11, 2025**.

b. The Defendant(s) shall provide full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure no later than **April 11, 2025**.

c. Rebuttal expert disclosures, if any, shall be made no later than **April 11, 2025**. Rebuttal experts shall be limited to responding to opinions stated by initial experts.

d. Expert depositions shall be completed no later than **May 9, 2025**. As with fact witness depositions, expert depositions shall be scheduled to commence at least five working days before the deadline.

**IT IS FURTHER ORDERED** affirming all orders contained within the Court's July 11, 2024 Case Management Order (Doc. 53) as modified by the Court's November 21, 2024 Order (Doc. 68) except as modified herein.

**IT IS FURTHER ORDERED** there will be no further extensions.

Dated this 3rd day of January, 2025.

_____
G. Murray Snow
Senior United States District Judge