## Appendix 1

| | Index of EPA's Exhibits and Knap's References to Same | |
|---|---|---|
| **Citation** | **Source Name** | **Referenced in Knap's Controverted Statement of Fact (Doc. 69-2)** |
| Doc. 13-1 | Declaration of N. Ponomarou | 3, 22, 23, 43, 77, 79, 80, 81, 82 |
| Doc. 18 | Second Declaration of N. Ponomarou | 3, 8, 13, 14, 16, 17, 18, 19 |
| Doc. 27 | Third Declaration of N. Ponomarou | 2, 3 |
| Doc. 49-1 | Fourth Declaration of N. Ponomarou | |
| Doc. 33-1 | First Declaration of M. Benko | 78 |
| Doc. 37-1 | Second Declaration of M. Benko | 72, 74 |
| Doc. 15-2 | Declaration of K. Knap | |
| Doc. 26-3 | Second Declaration of K. Knap | |
| Doc. 58 | Joint Notice of Compliance with Court Order | |
| Doc. 93-1 | Plaintiff's Requests for Admission to Defendant Kamil Knap (Deemed Admitted) | 20, 27, 31, 32, 33, 44, 57, 58, 59, 60, 65, 66, 67, 68, 69, 71 |
| Doc. 93-1 at 39–41 | Declaration of Ashley Menage Regarding Plaintiff's Requests for Admission Service | |
| Doc. 93-1 at 43–50 | Defendant's Late Responses to Requests for Admission | |

| Index of EPA's Exhibits and Knap's References to Same |||
|---|---|---|
| Doc. 93-2 | Deposition of Kamil Knap (Part 1) | 35, 36, 48, 49, 70 |
| Doc. 93-3 | Deposition of Kamil Knap (Part 2) | 39, 41, 42, 47, 49, 62, 73 |
| Doc. 94-4 | Third Declaration of Martin Benko | 75 |
| Doc. 94-4 at 8–15 | EPA USA, Inc. Corporate Bylaws | |
| Doc. 94-4 at 17–25 | Google Account Change History_EPA USA 3657 | |
| Doc. 94-4 at 26–52 | CUTX and EPA Termination Agreement | |