# Appendix 2

| | EPA'S Objections to Knap's Controverting Statement of Facts<br>Doc. 96-2 | |
|---|---|---|
| | Undisputed by Knap | 1, 4, 5, 6, 7, 9, 10, 11, 12, 15, 21, 24, 25, 26, 28, 29, 30, 34, 37, 38, 40, 45, 46, 50, 51, 52, 53, 54, 55, 56, 61, 63, 64, 76 |
| 1. | Hearsay | 2 |
| 2. | Relies on hearsay | 2, 3, 41 |
| 3. | Lack of foundation<br>Fed. R. Evid. 602 | 2, 70, 82 |
| 4. | Lacks citation to admissible record evidence<br>Fed. R. Civ. P. 56(c)(1)(A) | 16, 17, 19, 22, 23, 35, 36, 41, 43, 57, 70, 79, 83 |
| 5. | Improper legal conclusion | 2, 67 |
| 6. | No objection | 8, 13, 14, 18, 20, 27, 31, 32, 33, 39, 42, 44, 47, 48, 49, 58, 59, 60, 62, 65, 66, 68, 69, 71, 72, 73, 74, 75, 77, 78, 80, 81 |

1

| **EPA's Objections to Knap's Statement of Material Facts**  Doc. 96-2, 7:8–8:4 |
|---|---|---|
| 1. | Hearsay/relies on hearsay | 1, 2, 3, 5, 5(2) |
| 2. | Improper legal conclusion | 1, 4, 5 |
| 3. | Lack of foundation (R. 602) | 4, 5, 5(2), 7, 8 |