**Appendix 3**

| | | |
|---|---|---|
|  | **EPA's Objections to Knap's Declaration in Support of Knap's Response**<br>Doc. 96-3 | |
| 1. | Hearsay | Exhibit A (Employment Contract, 69-4, 2–5)<br>Exhibit A (Text Messages, 69-4, 6, 7)<br>Exhibit B (Salary Calculations, 69-4, 9)<br>Exhibit C (Smartsheet, 69-4, 11, 12) |
| 2. | Relies on hearsay | 6, 13, 14, 15, 16 |
| 3. | Lack of foundation*<br>Fed. R. Evid. 602 | 6, 17, 21, 22 |
| 4. | Improper legal conclusion | 19, 20 |
| 5. | Authentication* | Exhibit A (Employment Contract, 69-4, 2–5)<br>Exhibit A (Text Messages, 69-4, 6, 7)<br>Exhibit B (Salary Calculations, 69-4, 9)<br>Exhibit C (Smartsheet, 69-4, 11, 12) |
| 6. | No objection | 2, 3, 4, 5, 7, 8, 9, 10, 11, 12, 18, 23, 24 |

*Knap's Declaration is attested "to the best of [his] knowledge," raising additional questions under Rules 602 and 901. Doc. 96-3 at 1:21.

1