Robert M. Frisbee #018779
7691 E. Via Montoya
Scottsdale, Arizona 85255
Phone: (602) 354-3689
Fax: (602) 266-7744
Cell: (480) 600-4719
rfrisbee@fbplclaw.com
Attorneys for Defendant Knap

## IN THE UNITED STATES DISTRICT COURT

## FOR DISTRICT OF ARIZONA

| | | |
|---|---|---|
| EPA USA Incorporated, | ) | No. 2:24-cv-00749-GMS |
| | ) | |
| Plaintiff, | ) | **SUPPLEMENTAL DECLARATION** |
| vs. | ) | **OF KAMIL KNAP IN OPPOSITION** |
| | ) | **TO PLAINTIFF'S AMENDED** |
| Kamil Knap, | ) | **MOTION FOR PARTIAL SUMMARY** |
| | ) | **JUDGMENT** |
| Defendant. | ) | |
| | ) | |

Upon penalty of perjury, I, Kamil Knap, make the following Supplemental Declaration regarding Plaintiff's claim of breach of fiduciary duties:

1. I was in constant communication with the "family" of corporations owning EPA through numerous televised conferences, text messages and phone calls; we communicated in person when possible, and through telephone calls, and Skype/WhatsApp text messages.

2. SOF 32. Disputed. Plaintiff had at its disposal all relevant financial information regarding the operations of EPA because I provided the same to ownership both verbally and in writing.

3. SOF 37-40. Disputed. Collectively, these allegations imply that a corporate record book and minutes were necessary to keep ownership apprised of events at EPA. The allegations are totally false; the Skype/WhatsApp calls,visits and texts made during the roughly four-year period of my running EPA and their participants are as follows:

| Victor Dokucajev | 7,422 |
| Lubos Zovinec | 2,114 |
| Natalia Pomeranou | 1,353 |
| Martin Benko | 858 |
| Petr Zacek | 49 |
| Bohuslav Kratena | 1,525 |
| Boris Gazovic | 2,073 |

4. I cannot say who attended which communication, but just taking 7,422 as the gross number of communications with management, that amounts to 5 communications per day on a 365/day year.

5. Plaintiff can prove no damage from minute book absence because it knew everything first-hand that would have been in it.

RESPECTFULLY SUBMITTED this 26th day of May, 2026.

DEFENDANT KAMIL KNAP

2