# APPENDIX 1

### Index of EPA's Exhibits and Knap's Corresponding Controverting Statements of Fact

| Citation | Source Name | Knap's CSOF ¶ No. |
|---|---|---|
| Doc. 13-1 | Declaration of N. Ponomarou | 3, 22–23, 43, 77, 79, 82 |
| Doc. 18 | Second Declaration of N. Ponomarou | 3, 8, 13, 14, 17, 18, 19 |
| Doc. 27 | Third Declaration of N. Ponomarou | 2, 3 |
| Doc. 49-1 | Fourth Declaration of N. Ponomarou | |
| Doc. 33-1 | First Declaration of M. Benko | 78 |
| Doc. 37-1 | Second Declaration of M. Benko | 72, 74 |
| Doc. 15-2 | Declaration of K. Knap | |
| Doc. 26-3 | Second Declaration of K. Knap | |
| Doc. 58 | Joint Notice of Compliance with Court Order | |
| Doc. 111-1 (Ex. 1) | Plaintiff's Requests for Admission to Knap | |
| Doc. 111-2 (Ex. 1-2) | Knap's Responses to Requests for Admission | 20, 27, 31–33, 44, 58–60, 65–66, 68–69, 71 |
| Doc. 111-3 (Ex. 2) | Deposition of Kamil Knap (Part 1) | 35–36, 48–49, 70 |
| Doc. 111-4 (Ex. 3) | Deposition of Kamil Knap (Part 2) | 39, 41–42, 47, 49, 62, 73 |
| Doc. 111-5 (Ex. 4) | Third Declaration of Martin Benko | 75 |
| Doc. 111-5 at 8–15 (Ex. 4-1) | Benko Decl. Ex. 1 - EPA USA, Inc. Corporate Bylaws | |
| Doc. 111-5 at 17–25 (Ex. 4-2) | Benko Decl. Exs. 2 & 3 - Google Account Change History (EPA USA 3657) | |
| Doc. 111-5 at 26–52 (Ex. 4-3) | Benko Decl. Ex. 4 - CUTX and EPA Termination Agreement | |