# APPENDIX 2

## EPA'S Objections to Knap's Controverting Statement of Facts

| EPA's Objection | Knap's CSOF ¶ No. |
|---|---|
| Hearsay | 2 |
| Relies on hearsay | 2, 3, 41 |
| Lack of foundation Fed. R. Evid. 602 | 2, 70, 82 |
| Lacks citation to admissible record evidence Fed. R. Civ. P. 56(c)(1)(A) | 17, 19, 22–23, 35–36, 41, 43, 70, 79, 83 |
| Improper legal conclusion | 2 |

## EPA's Objections to Knap's Statement of Material Facts

| EPA's Objection | Knap's SOF ¶ No. |
|---|---|
| Hearsay/relies on hearsay | 1, 2, 3, 5 |
| Improper legal conclusion | 1, 5 |
| Lack of foundation (R. 602) | 5, 8 |