# APPENDIX 3

## EPA's Objections to Knap's Declarations in Support of
## Knap's MSJ Response

| Objection | Citation |
|---|---|
| Hearsay | Doc. 96-4, Ex. A (employment contract, text messages)<br>Doc. 96-4, Ex. B (salary calculations)<br>Doc. 96-4, Ex. C (smartsheet) |
| Relies on hearsay | Doc. 96-3 ¶¶ 6, 13–16 |
| Lack of foundation*<br>Fed. R. Evid. 602 | Doc. 96-3 ¶¶ 6, 17, 21–22<br>Doc. 113-2 ¶¶ 1–5 |
| Improper legal conclusion | Doc. 96-3 ¶¶ 19, 20<br>Doc. 113-2 ¶¶ 3, 5 |
| Authentication* | Doc. 96-4, Ex. A (employment contract, text messages)<br>Doc. 96-4, Ex. B (salary calculations)<br>Doc. 96-4, Ex. C (smartsheet) |

\* Knap's Declaration is attested "to the best of [his] knowledge," raising additional questions under Rules 602 and 901. *See* Doc. 96-3 at 1:21.